**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

ZEN-BIO, INC. and
PETER PIERACCINI,

      Plaintiffs,

v.                               Civil Action No. 2:23-cv-02475-JTF-atc

REGIONS BANK,

      Defendant.

## <u>NOTICE OF SETTLEMENT</u>

COMES NOW Defendant Regions Bank and files this Notice of Settlement, pursuant to Local Rule 83.13. The Parties are presenting finalizing the settlement documents. Upon execution of the same, the Parties will file the appropriate dismissal documents pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 4th day of April 2024.

<u>/s/ *Melody McAnally*</u>
Melody McAnally (TN BPR No. 25971)
BUTLER SNOW LLP
6075 Poplar Avenue, 5th Floor
Memphis, TN 38119
Telephone: (901) 680-7322
melody.mcanally@butlersnow.com

*Attorney for Defendant Regions Bank*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 4, 2024 a copy of the foregoing document has been filed electronically. Notice of this filing will be served by operation of the Court's electronic filing system to the following counsel of record:

Jeffrey A. Land, Esq.
5865 Ridgeway Center Pkwy, Suite 300
Memphis, TN 38120
jeff@jefflandlaw.com
*Attorney for Plaintiffs*

87015424.v1