# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

| | |
|---|---|
| ZEN-BIO, INC. and PETTER PIERACCINI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-02475-JTF-atc |
| ) | |
| REGIONS BANK, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Parties' Joint Stipulation of Dismissal with Prejudice filed on April 25, 2024, and the Court's Order of Dismissal with Prejudice, entered on April 26, 2024. (ECF Nos. 41 & 42.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*             WENDY OLIVER_____
JOHN T. FOWLKES, JR.             CLERK
UNITED STATES DISTRICT JUDGE

April 26, 2024_____             *s/Richard Abidor*_____
DATE             (BY) LAW CLERK